**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In the matter of: | : | Case No. 08-51963 |
| | : | Chapter 7 (Judge Preston) |
| Mallikah Sharp | : | |

### NOTICE TO THE CLERK OF UNCLAIMED AND SMALL DIVIDENDS

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $10.25 represents the total sum of small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The names(s) and addresses for the parties entitled to those unclaimed dividends are:

| Creditor Name & Address | Claim No. | Amount of Dividend |
|---|---|---|
| Recovery Management Systems Corp.<br>25SE Second Ave.  Suite 1120<br>Miami, FL  33131 | 1 | $1.17 |
| PYOD its Successors and Assigns<br>As Assignee of Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC  29603-1587 | 5 | 4.35 |
| FIA Card Services, NA<br>Bank of America<br>By American Infosource LP as its agent<br>4515 N. Santa Fe Ave.<br>Oklahoma City, OK  73118 | 13 | 4.73 |

| Total Unclaimed/Small<br>Dividends $25.00 or under | Total Unclaimed<br>Dividends  Over $25.00 |
|---|---|
| $10.25 | $0.00 |

Dated: 8/5/2009                                              /s/ Susan L. Rhiel
                                                             Case Trustee